FILED

08 JUN 25 PM 4: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___CP___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. **'08 CR 2108 JLS** |
|                                 ) | |
|          Plaintiff,             ) | I N D I C T M E N T |
|                                 ) | |
|     v.                          ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| EDUARDO LEDEZMA-LARA,           ) | |
|                                 ) | |
|          Defendant.             ) | |

The grand jury charges:

Count 1

On or about April 23, 2008, within the Southern District of California, defendant EDUARDO LEDEZMA-LARA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CJB:fer:San Diego
6/23/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant EDUARDO LEDEZMA-LARA was removed from the United States subsequent to May 21, 1997.

## Count 2

On or about April 23, 2008, within the Southern District of California, defendant EDUARDO LEDEZMA-LARA, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Hermilo Rafael De Jesus, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: June 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney