UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2108 JLS |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| EDUARDO LEDEZMA-LARA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Eduardo Ledezma-Lara, Criminal Case No. 08CR1735-JLS.

DATED: June 25, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney