1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Ledezma-Lara

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,        )    CASE NO. 08CR2108-JLS
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )
                                     )    **NOTICE OF APPEARANCE**
14  EDUARDO LEDEZMA-LARA,            )
                                     )
15                                   )
                Defendant.           )
16  _____      )

17

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

19  Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

20  in the above-captioned case.

21                              Respectfully submitted,

22

23  Dated:  July 18, 2008          */s/ Timothy R. Garrison*
                                   Federal Defenders of San Diego, Inc.
24                                 Attorneys for Defendant
                                   Timothy_Garrison@fd.org
25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 18, 2008

*/s/ Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)