**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Tel:  (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr. :Ledezma-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2108-JLS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **NOTICE OF WITHDRAWAL** |
| EDUARDO LEDEZMA-LARA, | ) ) ) | |
| Defendant. | ) | |

      Notice is hereby given by Timothy R. Garrison, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to administrative error:

      Document:      Notice of Attorney Appearance

      File Date:      July 18, 2008

      Docket #:      10

      Respectfully submitted,

Dated:  July 18, 2008      */s/ TIMOTHY R. GARRISON*
      Federal Defenders of San Diego, Inc.
      Attorneys for Defendant
      Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

1 | Counsel for Defendant certifies that the foregoing is true and accurate to the best information
2 | and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:
3 |     Courtesy Copy to Chambers
4 |     Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 18, 2008

/s/ TIMOTHY R. GARRISON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)